IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PNC BANK, N.A., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>SOUTHERN SPORTS SUPPLY, *et al.*, )<br>    Defendants. ) | CIVIL ACTION NO. 14-00253-KD-B |

**RULE 54(b) JUDGMENT**

In accordance with the Court's Order entered on this date, pursuant to the parties' joint motion for entry of a Rule 54(b) judgment, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered against Defendant Southern Sports Supply, Corp. a/k/a Southern Sports Supply, Inc., on Counts I and II of the Complaint in the amount of **$312,758.15** comprised of: 1) principal in the amount of $183,381.39, accrued interest in the amount of $26,368.70, late charges of $1,521.92, and per diem interest at the rate of $21.65 on Plaintiff's claims arising from Count I; 2) principal in the amount $76,552.16, accrued interest accrued interest in the amount of $14,434.80, late charges in the amount of $4,994.43, and per diem interest rate of $10.48 on Plaintiff's claims arising from Count II; and 3) attorney's fees in the amount of $5,504.75.[1]   The per diem interest rates shall be calculated from December 11, 2014 to the date of this judgment. (Doc. 29).

    **DONE** and **ORDERED** this the **2nd** day of **March 2015.**

                                                 /s/ Kristi K. DuBose
                                               **KRISTI K. DuBOSE**
                                               **UNITED STATES DISTRICT JUDGE**

---

[1] This Rule 54(b) Judgment does not apply to Plaintiff's claims against Defendants CDT or JLT and/or any other claims not specifically referenced in this Judgment. Further, this Rule 54(b) Judgment shall have no impact on the stay currently in place per the Court's previous order. (Doc. 28).